# The Law Office of Niles Illich, Ph.D., J.D.

**Niles Stefan Illich, Ph.D., J.D.**
701 Commerce Street • Suite 400
Dallas, Texas 75202-4518

Direct:    (972) 802-1788
Fax:    (972) 236-0088
Email: niles@appealslaw.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/2/2015 8:38:23 AM
CATHY S. LUSK
Clerk

FILED
LOIS ROGERS
DISTRICT CLERK
SMITH COUNTY, TEXAS
2015 JUN I PM 12: 48

May 7, 2015

District Clerk
114th District Court
Smith County District Court
100 N. Broadway
Room 204
Tyler, Texas 75702

Re: *Jason Rowell v. Firetrol Protection Systems, Inc.*; Cause No. 15-0581-B

Dear Ms. Rhymes:

    Thank you for your letter of April 30, 2015.

    Please prepare the clerk's record as required under Rule 34.5 of the Texas Rules of Appellate Procedure. I am designating every document that is in this record to be part of the clerk's record on appeal.

    My client is responsible for any costs associated with producing this record. Please inform me of those costs and I will remit them to you promptly.

    I appreciate your assistance and I look forward to working with you.


Sincerely,

Niles Illich, Ph.D., J.D.



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Request for Preparation of Clerk's Record was served on this the 7th day of May, 2015, on all parties/attorneys of record listed below by:

**First Class Mail**
Roger Anderson
Gillen & Anderson
613 Shelley Park Plaza
Tyler, Texas 75701

_____
Niles Illich

**From:** Niles Illich <Niles@appealstx.com>
**Sent:** Tuesday, May 26, 2015 10:36 AM
**To:** Linda Rhymes
**Subject:** RE: BILL OF COST FOR 15-0581-B

Thank you. I will get a check in the mail today.

Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct: (972) 802-1788

-------- Original Message --------
Subject: RE: BILL OF COST FOR 15-0581-B
From: Linda Rhymes <lrhymes@smith-county.com>
Date: Tue, May 26, 2015 8:23 am
To: "niles@appealstx.com" <niles@appealstx.com>



Attached is the Bill of Cost



LINDA RHYMES
District Clerk, Lois Rogers
100 N. BROADWAY #204
Tyler, Texas 75702
903-590-1677
Fax 903-590-1661



Smith County Courthouse
100 N. Broadway, Room 204
Tyler, Texas 75702

## Lois Rogers
## Smith County District Clerk

(903) 590-1660
Fax (903) 590-1661

## BILL OF COST

NILES ILLICH; ROGER W. ANDERSON
701 Commerce Suite 400
Dallas TX  75202

Cause Number:        **15-0581-B**

JASON ROWELL  VS.  FIRETROL PROTECTION SYSTEMS, INC. ("FIRETROL")

Court:                114th District Court  Smith County

Fee for Preparing Clerk's record :  $309.90
Fee for Copy of Clerk's record    :  $279.00
Balance owing                     :  $585.90

Lois Rogers,
District Clerk, Smith County

By: _____

Linda Rhymes, Deputy

Please return a copy of this Bill of Cost with your payment so the account can be properly credited.  <u>This bill of Cost must be paid before the record can be sent to the 12th Courth of appeals.</u> You will be billed for all additional filings not included in this record in a Supplemental Record.

**<u>PLEASE INCLUDE YOUR E-MAIL ADDRESS SO WE MAY E-MAIL A COPY OF THE CLERK'S.</u>**